UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN-MYKAL S. BACON,

        Plaintiff,

-against-

BRETT REED; JOHNATHAN JONES,

        Defendants.

20-CV-5993 (LTS)

CIVIL JUDGMENT

By order issued June 1, 2021, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff sixty days' leave to replead his claims in an amended complaint. On June 8, 2021, the order was returned to the court with a notation on the envelope indicating that Plaintiff is no longer incarcerated in the Sullivan Correctional Facility. Plaintiff has not: (1) complied with the June 1, 2021 order; (2) notified the court of a change of mailing address; or (3) initiated any further contact with the court, written or otherwise.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 6, 2021
         New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge